UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DR. G. DAVID MOSS, PH.D, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNIVERSITY OF NOTRE DAME DU LAC, ) <br> and ERIN HOFFMANN HARDING, Individually ) <br> and in her Official Capacity, ) <br> ) <br> Defendants. ) | Case No.: <br> 3:13-cv-01239-JTM-MGG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by counsel, and Defendants, by counsel, stipulate to Plaintiff's voluntary dismissal of this cause of action with prejudice and with each side bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| DIXON, WRIGHT & ASSOCIATES, P.C. | BARNES & THORNBURG LLP |
| */s/ with the consent of Thomas Dixon* | */s/ Michael P. Palmer* |
| Thomas M. Dixon | Michael P. Palmer |
| 55255 Birchwood Court | Alice J. Springer |
| Osceola, IN 46561-9111 | 700 1st Source Bank Center |
| Telephone: (574) 315-6455 | 100 N. Michigan St. |
| tdixon3902@comcast.net | South Bend, IN 46601-1632 |
| | Telephone: (574) 237-1139 |
| Attorney for Plaintiff | Michael.Palmer@btlaw.com |
| | Alice.Springer@btlaw.com |
| | |
| | Lindsey D. G. Dates, *pro hac vice* |
| | One North Wacker Drive, Suite 4400 |
| | Chicago, IL 60606-2833 |
| | Telephone: (312) 357-1313 |
| | Lindsey.Dates@btlaw.com |
| | |
| | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Thomas M. Dixon, 55255 Birchwood Court, Osceola, IN 46561-9111, tdixon3902@comcast.net.

                                                BARNES & THORNBURG LLP

                                                By:  */s/  Michael P. Palmer*

DMS MPALMER 10698238v1