UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DR. G. DAVID MOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 3:13CV1239-PPS/MGG |
| | ) |
| UNIVERSITY OF NOTRE DAME DU LAC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties' Stipulation of Dismissal [DE 35] is SO ORDERED, and the action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorney's fees.

The case is thereby **CLOSED**.

**ENTERED**: August 1, 2017

        /s/ Philip P. Simon
        JUDGE
        UNITED STATES DISTRICT COURT